UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR CHEN,<br><br>                    Plaintiff,<br><br>          -against-<br><br>UNITED STATES OF AMERICA; MERRICK GARLAND; DAMIEN WILLIAMS,<br><br>                    Defendants. | 22-CV-4090 (LTS)<br><br>CIVIL JUDGMENT |

    Pursuant to the order issued May 31, 2022, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 31, 2022
            New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                        Chief United States District Judge